**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   MARTIN D. YATACO,                       No. C 11-4568 MMC

12            Plaintiff,                      **ORDER OF DISMISSAL**

13      v.

14   EXPERIAN INFORMATION SOLUTIONS,
     INC.,

15

16            Defendant.
     _____/

17

18          The parties having advised the Court that they have agreed to a settlement of this

19   cause,

20          IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be

21   dismissed without prejudice; provided, however, that if any party hereto shall certify to this

22   Court, within ninety (90) days, with proof of service of a copy thereon on the opposing

23   party, that the agreed consideration for the settlement has not been delivered, the

24   foregoing order shall stand vacated and the action shall forthwith be restored to the

25   calendar for further proceedings as appropriate.

26          **IT IS SO ORDERED.**

27   Dated: May 30, 2012                    _____
                                            MAXINE M. CHESNEY
28                                          United States District Judge