IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN D. YATACO,                  No. C 11-4568 MMC

    Plaintiff,                       **ORDER OF DISMISSAL**

  v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.
                                                              /

      The parties having advised the Court that they have agreed to a settlement of this cause,

      IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant herein be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

      **IT IS SO ORDERED.**

Dated: May 30, 2012

                                                                       MAXINE M. CHESNEY
                                                                     United States District Judge